D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
MARY SCARDINA,

                            Plaintiff,      STIPULATION OF
                                                DISCONTINUANCE
  - against -                                WITH PREJUDICE

KEYSPAN CORPORATE SERVICES, LLC,      Doc. No. 06 CV 0119
KEYSPAN ENERGY CORPORATION,
KEYSPAN CORPORATION,

                            Defendants.
----------------------------------------X

       It is hereby stipulated and agreed by and between counsel for the parties hereto that the above-captioned action is hereby discontinued with prejudice with all parties to bear their own costs, fees, and disbursements.

LEEDS, MORELLI & BROWN, P.C.           KEYSPAN CORPORATION
*Attorneys for Plaintiff*                          Office of Assistant General Counsel
One Old Country Road, Suite 347          *Attorneys for Defendants*
Carle Place, NY 11514                               One MetroTech Center
(516) 873-9550                                       Brooklyn, NY 11201
                                                       (718) 403-3094

Becky Tung (BT-5206)                           Shannel Parrish-Brown (SPB-6798)
                                                       For Phillip R. Scott (PRS-4634)

So Ordered.

8/25/06

-1-